UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 APR 26 PM 2:41

Jaquana Cornelius

Write the full name of each plaintiff.

22 CV 3405

(Include case number if one has been assigned)

-against-

Mick Jagger or Sir Michael Philip Jagger

**COMPLAINT**

Do you want a jury trial?
☐ Yes  ☒ No

MickJagger02468@gmail.com

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☒ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

A person of a different State owes me money.

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Mick Jagger__ (Plaintiff's name), is a citizen of the State of

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

__United Kingdom__.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, **Mick Jagger** (Defendant's name), is a citizen of the State of _____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

**United Kingdom**.

If the defendant is a corporation:

The defendant, **Mick Jagger**, is incorporated under the laws of the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**Joquana** S. **Cornelius** (parents home)
First Name / Middle Initial / Last Name

**975 Union Ave apt 32**
Street Address

**Bronx** / **NY** / **10459**
County, City / State / Zip Code

**917-673-9005** / **JoqCorn27@gmail.com**
Telephone Number / Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Email:
micksjagger02468
@gmail.com

First Name: Mick (Michael)
Last Name: Jagger
Current Job Title (or other identifying information): Entertainer / Singer
Current Work Address (or other address where defendant may be served): 9 Carnaby St, Carnaby, [illegible]
County, City: London   State: W1F 9PE   Zip Code: United Kingdom

Defendant 2:

First Name ___   Last Name ___

Current Job Title (or other identifying information) ___

Current Work Address (or other address where defendant may be served) ___

County, City ___   State ___   Zip Code ___

Defendant 3:

First Name ___   Last Name ___

Current Job Title (or other identifying information) ___

Current Work Address (or other address where defendant may be served) ___

County, City ___   State ___   Zip Code ___

Defendant 4: _____
                 First Name             Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City           State           Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New York City, United Kingdom, Italy

Date(s) of occurrence: August 2020 to Present

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Mick Jagger & I met at miss Lily's Soho in 2016. We started dating during lockdown. I transferred an estimation of $24,000 to him to purchase & decorate a home for us in Illinois. When it came time to meet for the ~~[scribbled]~~ Sept 2021 tour I broke up with him. His kids were racist, especially Georgia May Jagger. I asked for my money back & he refused. Despite making it clear this was a loan and I did not want to buy the house, after Gene Sarcopi prevented me from making money before the pandemic. This was the only money I had. I trusted him, since he paid my $10,000 student loan as a gift & he's Mick Jagger. He refuses

Page 5

to give me my money back. He's holding me financially hostage (domestic violence). He's been mentally & emotionally abusive as well. Him & his family, with Melanie Hamrick stalking me then committing perjury & charging me with false evidence.

This is all documented on my facebook: Saquana Cornelius & instagram accounts: @itsjqboo & Saint_Twenty. He even got other people to join in like Chris Evans.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Emotional & mental abuse.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I would like $2.2 million: the $24,000 I originally gave, plus the emotional, mental & racial abuse I've endured from him & his family. I can't afford a home, clothes, or health insurance since he's stolen all my money. He knows I want to go on vacation so he purposely takes them. He told me he needed the money because he's having tax issues, needed surgery... all lies to force me in a connection.

Page 6

(→ Back page)

I also want a no contact restraining order. Since he's broken into my social media accounts, told me he had a private investigator follow me. When my friend died he got someone on my sci in steagram to ask me for money. He made me miss my friends wedding on purpose. He asked me for money for Charlie Watts funeral. He won't give my money money until I give him a baby. I no longer want him in my life.

He got Chris Evans to pretend to date Selena Gomez & pretend to help, only to antagonize me. All on my blog Saint Twenty.

Melanie even references me in an article, since she's been lying about their dating status. I just want to be financially free & able to date whoever I want.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 4/20/2022

Plaintiff's Signature: Jaquana Cornelius

First Name: Jaquana
Middle Initial: S
Last Name: Cornelius

Street Address: 975 Union Ave apt 32

County, City: Bronx
State: NY
Zip Code: 10459

Telephone Number: 917-673-9005
Email Address (if available): jaqcorn27@gmail.com

(parents address, I'm homeless)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



Joovana Cornelius
975 Union Ave, apt 32
Bronx, NY 10459

RECEIVED
APR 26 2022
PRO SE OFFICE

United States District Court
500 Pearl Street
New York, NY 10007

Pro Se Intake

RECEIVED
APR 25 2022
CLERK'S OFFICE
S.D.N.Y.