UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAQUANA CORNELIUS,<br><br>                    Plaintiff,<br><br>-against-<br><br>MICK JAGGER OR SIR MICHAEL PHILIP JAGGER,<br><br>                    Defendant. | 22-CV-3405 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued July 18, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  July 18, 2022
           New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                          Chief United States District Judge